1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesscott.com
2  JAMIE A. RADACK (SBN 221000)
   jradack@hayesscott.com
3  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Pkwy., Ste. 480
4  Redwood City, California 94065
   Telephone: 650.637.9100
5  Facsimile: 650.637.8071

6  Attorneys for Defendant
   TWIN CITY FIRE INSURANCE COMPANY

7

8  MARY E. McCUTCHEON (SBN 099939)
   mmccutcheon@fbm.com
9  AMANDA D. HAIRSTON (SBN 251096)
   ahairston@fbm.com
10 FARELLA BRAUN & MARTEL, LLP
   235 Montgomery Street, 17th Floor
11 San Francisco, California 941104
   Telephone: 415.954.4400
12 Facsimile: 415.954.4480

13 Attorneys for Plaintiff
   MERU NETWORKS, INC.

14

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*12/8/2010*

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17 MERU NETWORKS, INC.,                    CASE NO. CV10-04443 JW

18              Plaintiff,                 STIPULATION AND [PROPOSED]
                                           ORDER SELECTING PRIVATE
19      v.                                 MEDIATION AS ADR PROCESS

20 TWIN CITY FIRE INSURANCE COMPANY,

21              Defendant.

22

23      Counsel have met and conferred regarding ADR pursuant to Civil L.R. 16-8 and
24 ADR L.R. 3-5 and hereby stipulate to participate in private mediation pursuant to ADR L.R.
25 6. The parties further agree to complete private mediation within 90 days after the date of
26 the case management conference scheduled for December 20, 2010.

27

28

293951                              -1-
                   ADR Stipulation – CASE NO. CV10-04443 JW

| | | |
|---|---|---|
| 1 | Dated: December __, 2010 | HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | STEPHEN M. HAYES<br>JAMIE A. RADACK |
| 5 | | Attorneys for Defendant<br>TWIN CITY FIRE INSURANCE COMPANY |
| 6 | | |
| 7 | Dated: December 3, 2010 | FARELLA BRAUN & MARTEL, LLP |
| 8 | | By: _____ |
| 9 | | MARY E. McCUTCHEON |
| 10 | | AMANDA D. HAIRSTON<br>Attorneys for Plaintiff |
| 11 | | MERU NETWORKS, INC. |

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to private mediation. The parties shall complete private mediation within 90 days from the date of this order.

**IT IS SO ORDERED**

Dated: __ Decemb _____          _____
                                    Honorable James Ware
                                    UNITED STATES DISTRICT COURT JUDGE