1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesscott.com
2  JAMIE A. RADACK (SBN 221000)
   jradack@hayesscott.com
3  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Pkwy., Ste. 480
4  Redwood City, California 94065
   Telephone: 650.637.9100
5  Facsimile: 650.637.8071

6  Attorneys for Defendant
   TWIN CITY FIRE INSURANCE COMPANY

7

8  MARY E. McCUTCHEON (SBN 099939)
   mmccutcheon@fbm.com
9  AMANDA D. HAIRSTON (SBN 251096)
   ahairston@fbm.com
10 FARELLA BRAUN & MARTEL, LLP
   235 Montgomery Street, 17th Floor
11 San Francisco, California 941104
   Telephone: 415.954.4400
12 Facsimile: 415.954.4480

13 Attorneys for Plaintiff
   MERU NETWORKS, INC.

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 MERU NETWORKS, INC.,                  CASE NO. CV10-04443 JW

18              Plaintiff,                [PROPOSED] ORDER DISMISSING
                                          ACTION WITH PREJUDICE
19         v.

20 TWIN CITY FIRE INSURANCE COMPANY,

21              Defendant.

1 | Based on the Stipulation of Dismissal of Action with Prejudice by and between Plaintiff
2 | MERU NETWORKS, INC. and Defendant TWIN CITY FIRE INSURANCE COMPANY, and
3 | good cause appearing therefore,

4 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

5 | 1.   This action is dismissed with prejudice; and

6 | 2.   All parties are to bear their own costs and attorneys' fees.

7 | The Clerk shall close this file.

8 | Dated: _____March 29_____, 2011   _____
9 | Honorable James Ware
   | Judge of the United States District Court